1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JUSTIN WILKES, | ) | No. CV09-3047 AHM (FFMx) |
| Plaintiff, | ) | *Honorable A. Howard Matz* |
| vs. | ) | **ORDER OF DISMISSAL** |
| CITY OF MONTEREY PARK; MONTEREY PARK POLICE DEPARTMENT; MONTEREY PARK POLICE DEPARTMENT OFFICER HARRY COUCH and DOES 1 through 10, inclusive, | ) | |
| Defendants. | ) | |

The parties, Plaintiff JUSTIN WILKES and Defendants CITY OF MONTEREY PARK, MONTEREY PARK POLICE DEPARTMENT, and MONTEREY PARK POLICE DEPARTMENT OFFICER HARRY COUCH, having so stipulated and good cause appearing,

IT IS HEREBY ORDERED that the above-captioned action be dismissed with prejudice.

DATED: April 12, 2010

JS-6

_____
Honorable A. Howard Matz

No. CV09-3047 AHM (FFMx)